IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| JONNY ADAMCIK | § § § § | CASE NO.: 18-50152-RLJ13 |
| Debtor | | |

## NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Debtor, JONNY ADAMCIK and files this Notice of Voluntary Conversion to Chapter 7.

Respectfully submitted,

**LAW OFFICES OF CLINTON W. COOK**
**P.O. BOX 53116**
**Lubbock, Texas 79453-53116**
**806.798.5797**
**806.798.5806 FAX**
**Email: clintonwcook@suddenlinkmail.com**

By: /s/ Clinton W. Cook
Clinton W. Cook
SBN.: 04723500

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was on the 3rd day of July, 2020, served upon each party of interest listed on the attached Matrix, either electronically or by depositing same in the United States mail with the proper postage affixed.

/s/ Clinton W. Cook
CLINTON W. COOK

```
Label Matrix for local noticing          Bristol County Savings Bank             Denton County
0539-5                                   c/o Mark W. Harmon                      Tara LeDay
Case 18-50152-rlj13                      BOERNER, DENNIS & FRANKLIN, PLLC        P O Box 1269
Northern District of Texas               P.O. Box 1738                           Round Rock, TX 78680-1269
Lubbock                                  Lubbock, TX 79408-1738
Fri Jul  3 11:51:03 CDT 2020

Synchrony Bank                           Texas Tech Federal Credit Union         USAA Federal Savings Bank
c/o PRA Receivables Management, LLC      c/o Todd J. Johnston                    c/o Weinstein & Riley, P.S.
PO Box 41021                             McWhorter, Cobb & Johnson, LLP          6785-4 S. Eastern Avenue
Norfolk, VA 23541-1021                   P.O. Box 2547                           Las Vegas, NV 89119-3947
                                         Lubbock, TX 79408-2547

306 Federal Building                     Barclays Bank Delaware                  Bristol County Savs Ba
1205 Texas Avenue                        Po Box 8803                             35 Broadway
Lubbock, TX 79401-4037                   Wilmington, DE 19899-8803               Taunton, MA 02780-3242


(p)JPMORGAN CHASE BANK  N A              Denton County Appraisal District        First American Payment
BANKRUPTCY MAIL INTAKE TEAM              3911 Morse St,                          100 Throckmorton St Ste
700 KANSAS LANE FLOOR 01                 Denton, TX 76208-6331                   Ft Worth, TX 76102-2802
MONROE LA 71203-4774


IRS                                      LUBBOCK CENTRAL APPRAISAL DISTRICT      Law Office of Clinton W. Cook
PO BOX 7346                              PO BOX 10568                            P.O. Box 53116
PHILADELPHIA, PA 19101-7346              LUBBOCK, TX 79408-3568                  Lubbock, TX  79453-3116


PRA Receivables Management, LLC          PeopleFund                              (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                             2921 E. 17th Street                     PO BOX 41067
Norfolk, VA 23541-1021                   Bldg D, Ste 1                           NORFOLK VA 23541-1067
                                         Austin, TX 78702-1509


Randolph Brook Fed Cr                    Security Service Fcu                    Syncb/care Credit
Po Box 2097                              16211 La Cantera Pkwy                   950 Forrer Blvd
Universal City, TX 78148-2097            San Antonio, TX 78256-2421              Kettering, OH 45420-1469


Texas Tech Federal Cu                    US TRUSTEE                              USAA Federal Savings Bank
Pob 4299                                 1100 COMMERCE, RM 9C60                  C/O Weinstein & Riley, PS
Lubbock, TX 79409-0007                   DALLAS, TX 75242-9998                   2001 Western Ave
                                                                                 Suite 400
                                                                                 Seattle, WA 98121-3132

United States Trustee                    Usaa Federal Savings B                  Usaa Savings Bank
1100 Commerce Street                     Po Box 47504                            Po Box 47504
Room 976                                 San Antonio, TX 78265                   San Antonio, TX 78265
Dallas, TX 75242-0996


Clinton W. Cook                          Jonathan Alan Adamcik                   Robert B. Wilson
Law Office of Clinton W. Cook            10311 Lynnhaven Ave                     1407 Buddy Holly Ave
P.O. Box 53116                           Lubbock, TX 79423-5185                  Lubbock, TX 79401-4007
Lubbock, TX 79453-3116
```