IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JONATHAN ALAN ADAMCIK | § § | CASE NO.: 18-50152-RLJ7 |
| Debtor | § § § | |

**SCHEDULE OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES ENTERED INTO AFTER FILING
OF PETITION BUT BEFORE CONVERSION**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Debtor, JONATHAN ALAN ADAMCIK and pursuant to U.S.C. § 1019(5)(C)(iii) files this his Schedule of Executory Contracts and Unexpired Leases Entered Into After Filing of Petition but Before Conversion.

I.

1. NONE.

Respectfully submitted,

**LAW OFFICES OF CLINTON W. COOK**
P.O. BOX 53116
Lubbock, Texas 79453-53116
806.798.5797
806.798.5806 FAX
Email: clintonwcook@suddenlinkmail.com

By: /s/ Clinton W. Cook
Clinton W. Cook
SBN.: 04723500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was on the 14th day of July, 2020, forwarded to:

| | | |
|---|---|---|
| Myrtle McDonald<br>3305 66th St.<br>Lubbock, Texas 79413 | ___ Certified mail, return receipt requested<br>___ Regular mail<br>_X_ Email: myrtlemcdonald1@gmail.com | |
| U.S. Trustee<br>1100 Commerce, Room 9C60<br>Dallas, Texas 75242 | ___ Certified mail, return receipt requested<br>___ Regular mail<br>_X_ Email: ustpregion06.da.ecf@usdoj.gov | |

/s/ Clinton W. Cook
CLINTON W. COOK