In re:   Jonathan Alan Adamcik                                                  Case No. 18-50152

DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES A/B AND C

DECLARATION UNDER PENALTY OF PERJURY BY DEBTOR

    I declare under penalty of perjury that I have read the foregoing Amended Schedules A/B and C, consisting of 9 pages and that it is true and correct to the best of my knowledge, information and belief.

Date:   September 29, 2020

                                                /s/ Jonathan Alan Adamcik
                                                Jonathan Alan Adamcik